IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VALERIE DUFOUR, *ET AL.*                                                                PLAINTIFFS

VERSUS                                                     CIVIL ACTION NO. 1:05cv169WJG-JMR

AGCO CORPORATION, *ET AL.*                                            DEFENDANTS

O R D E R

THIS CAUSE comes before the Court on motion of the Plaintiffs to remand [153] the above referenced action to the Circuit Court of Jones County, Mississippi.  Also pending before the Court is the Plaintiffs' motion to withdraw [159] their motion to remand.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the Plaintiffs' motion to remand [153] be, and is hereby, denied.  It is further,

ORDERED AND ADJUDGED that the Plaintiffs' motion to withdraw [159] the motion to remand be, and is hereby, denied as moot.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these motions.

SO ORDERED AND ADJUDGED this the 15th day of October, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE