IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VALERIE DUFOUR, *ET AL.*                                                  PLAINTIFFS

VERSUS                                    CIVIL ACTION NO. 1:05cv169WJG-JMR

AGCO CORPORATION, *ET AL.*                                    DEFENDANTS

SUMMARY JUDGMENT

     THIS CAUSE comes before the Court on motion [226] of Defendants Ford Motor Company [Ford] and General Motors Corporation [GM] for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiffs' have filed a motion [224] for summary judgment against Ford and GM. Also pending before the Court are motions involving these parties not directly related to the summary judgment motions. These motions include Defendants' motion [176] to strike Plaintiffs' expert witnesses Dr. William Longo and Dr. Michael Neiswiadomy; Defendants' motion [179] to strike Plaintiffs' expert witnesses Dr. Stephen Harless and Dr. Robert J. Robbins; Plaintiffs' motion [193] to compel discovery from Ford; Defendants' motion [216] to strike certain requests made in Plaintiffs' reply to Defendants' response to the motion to compel discovery; and Plaintiffs' motion [225] to exclude the expert Brent Saunders. Pursuant to the Memorandum Opinion [241]entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the motion [226] of Defendants Ford Motor Company [Ford] and General Motors Corporation [GM] for summary judgment be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that Plaintiffs' motion [224] for summary judgment against Ford and GM be, and is hereby, denied as moot. It is further,

ORDERED AND ADJUDGED that the motions to strike Plaintiffs' expert witnesses Dr. William Longo and Dr. Michael Neiswiadomy [176] and Dr. Stephen Harless and Dr. Robert J. Robbins [179] filed by Ford and GM be, and are hereby, denied as moot.  It is further,

ORDERED AND ADJUDGED that Plaintiffs' motion to compel discovery from Ford [193], and Ford and GM's motion [216] to strike certain requests made in Plaintiffs' reply to Defendants' response to the motion to compel discovery be, and are hereby, denied as moot.  It is further,

ORDERED AND ADJUDGED that Plaintiffs' motion [225] to exclude the expert Brent Saunders be, and is hereby, denied.  It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with these motions.

SO ORDERED AND ADJUDGED this the 22nd day of January, 2009.

                                                  *Walter J. Gex III*
                                      UNITED STATES SENIOR DISTRICT JUDGE